The People of the State of New York, Respondent,
against
Keith Hood, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Joanne D. Quinones, J.), rendered October 12, 2012, convicting him, upon his plea of guilty, of theft of services, and imposing sentence.




Per Curiam.
Judgment of conviction (Joanne D. Quinones, J.), rendered October 12, 2012, affirmed.
The accusatory instrument was not jurisdictionally defective. It charged all the elements of theft of services (see Penal Law § 165.15[3]). Defendant's "unjustifiable failure or refusal to pay" the "lawful charge" for "public transportation service" (Penal Law § 165.15[3]) is reasonably inferred from allegations that he entered an area beyond the turnstiles of the specified subway station "without permission or authority to do so and without paying the required fare, by walking through an exit gate" (see People v Borrero, 26 NY2d 430 [1970]; Matter of Kevin B., 128 AD2d 63, 70 [1987], affd sub nom Matter of Timothy L., 71 NY2d 835 [1988]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: April 11, 2019